LAWRENCE E. SEXTON, as Trustee in Bankruptcy of
ALFRED KESSLER et al., Composing the Firm of KESS-
LER & Co., Appellant, *v.* GABRIEL FENSTERER et al.,
Copartners under the Firm Name of FENSTERER &
RUHE, Respondents.

*Sexton* v. *Fensterer*, 154 App. Div. 542, affirmed.
(Argued October 20, 1914; decided November 10, 1914.)

APPEAL from a judgment entered January 20, 1913,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, overruling plain-
tiff's exceptions, ordered to be heard in the first instance
by the Appellate Division, denying a motion for a new
trial and directing judgment for defendants upon the
verdict directed by the court at the Trial Term in an
action to recover the amount of certain drafts alleged to
have been guaranteed by defendants.

*Samuel J. Rosensohn* and *Wallace MacFarlane* for
appellant.

*Francis H. Kinnicutt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE,
COLLIN, HOGAN and CARDOZO, JJ. Not sitting :
MILLER, J.